NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FITBIT LLC,**
*Appellant*

**v.**

**KONINKLIJKE PHILIPS N.V., PHILIPS NORTH AMERICA, LLC,**
*Appellees*

---

2023-1065

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00505.

---

## JUDGMENT

---

JOSEPH PALYS, Paul Hastings LLP, Washington, DC, argued for appellant. Also represented by STEPHEN BLAKE KINNAIRD, ALEXA LOWMAN, NAVEEN MODI, DANIEL ZEILBERGER.

JUSTIN J. OLIVER, Venable LLP, Washington, DC, argued for appellees. Also represented by SEAN M. MCCARTHY, New York, NY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (TARANTO, HUGHES, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 13, 2024
Date

Jarrett B. Perlow
Clerk of Court